Intent To File Motions For _Bivens_ and Tort Claims

_____

1:15-cv-11792

For Claims of Relief through Bivens and Tort,

      Linda L. Byrnes, comes now before this court, pro se requesting leniency at this time, as she is Notifying this Court and the affected parties of her intentions to file both Bivens and TorT Claims against them, the defendants on or before August 24th, 2015, which is within six months of the "mailing date" (Feb. 24th, 2015) of the denied TorT Claim No. TRT-MxR-2015-01727. This notice will be followed by the Motions against said defendants and will include a detailed summary of; History/Background, Cause of Action (which will support a Stated Claim), factual affidavites and documented evidence. The Plaintiff will seek a monetary settlement in each motion for permanent damages, etc. which were caused by defendants actions of an illegal and unconstitutional nature.

    Tort Claim       and       Bivens Claim

              Linda L. Byrnes ✗

Linda L. Byrnes                  V.
      V               S. Wheeler, N. Wright, W. Trent, M. Osbourn,
United States           S. Collins, et. al.

    Plaintiff Byrnes requests that the Clerk of Court serve notice on each defendant at this time

1. Wheeler, N. Wright,   Osbourn,   Collins
Federal Beauru of Prisons,

**FILED**

AUG - 5 2015

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

2.     Trent: Address unknown, but Plaintiff was told he had been transfer to an FBOP in Kentucky.

1 of 3

<u>Note</u> :

Let it be known to the Court that on August 2nd, 2015 Plaintiff mailed a copy of this notice to the last legal address referranced to her by the F.B.O.P. which was:

U.S. Department of Justice
Federal Bureau of Prisons
Beckley Consolidated Legal Center
1600 Industrial Park Road.
P.O. Box 1280
Beaver, West Virginia.
      25813

· As, Sworn by and Respectfully Submitted,

Linda Lee Byrnes          August 2nd 2
Linda L Byrnes                Date
Reg No. 68415-079

Certificate of Service

I affirm under the penalty of perjury that I placed the aforementioned document with U.S.P.S. First-Class mail, in the prison mail system, addressed to the following:
U.S. Department of Justice, Federal Bureau of Prisons, Beckley Consolidated Legal Center, 1600 Industrial Park Road, P.O. Box 1280, Beaver, West Virginia 25813

Respectfully Submitted,

Linda K. Byrnes, Reg No. 68415-079

August 2, 2015
Aug. 2, 2015



CHARLESTON WV 250

03 AUG 2015 PM 1 L

Linda F. Byrnes
Unit A-4 V68415-079
Alderson Federal Camp
Glen Ray Rd. P.O. Box A
Alderson, West Virginia
24910

◇◇68415-079◇◇
Clerks Off United States Distr
Room 2303
601 Federal ST
Elizabeth Kee Federal Bui
Bluefield, WV 24701
United States

24701303378